IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-285-D

| | | |
|---|---|---|
| JACKIE BLUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| B&C PROPERTIES OF DUNN, L.C., | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's motion to dismiss [D.E. 11] is GRANTED. The complaint is DISMISSED without prejudice. In accordance with plaintiff's request, plaintiff may file an amended complaint no later than September 12, 2014. The amended complaint must plausibly allege concrete and particularized injury.

SO ORDERED. This 14 day of August 2014.

JAMES C. DEVER III
Chief United States District Judge