IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-285-D

| | |
|---|---|
| JACKIE BLUE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| B&C PROPERTIES OF DUNN, L.C., | )<br>) |
| Defendant. | ) |

On September 17, 2014, defendant filed a motion to dismiss plaintiff's complaint with prejudice [D.E. 16]. However, on August 14, 2014, the court dismissed the complaint without prejudice and gave plaintiff until September 12, 2014, to file an amended complaint. Plaintiff never filed an amended complaint. The motion to dismiss plaintiff's complaint with prejudice [D.E. 16] is DENIED.

SO ORDERED. This 10 day of October 2014.

JAMES C. DEVER III
Chief United States District Judge