UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JACKIE BLUE,<br>　　　　Plaintiff,<br><br>v.<br><br>B&C PROPERTIES OF DUNN, L.C.,<br>　　　　Defendant. | **JUDGMENT**<br>No. 5:14-CV-285-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** on August 14, 2014, the Defendant's Motion to Dismiss was GRANTED and the complaint was DISMISSED without prejudice. In accordance with plaintiff's request, plaintiff may file an amended complaint no later than September 12, 2014. The amended complaint must plausibly allege concrete and particularized injury.

**IT IS FURTHER ORDERED** that On September 17, 2014, defendant filed a motion to dismiss plaintiff's complaint with prejudice. However, on August 14, 2014, the court dismissed the complaint without prejudice and gave plaintiff until September 12, 2014, to file an amended complaint. Plaintiff never filed an amended complaint. The motion to dismiss plaintiff's complaint with prejudice is DENIED.

**This Judgment Filed and Entered on October 14, 2014, and Copies To:**

Christopher D. Lane (via CM/ECF Electronic Notification)
Benjamin N. Thompson (via CM/ECF Electronic Notification)
Paul J. Puryear, Jr. (via CM/ECF Electronic Notification)

DATE
October 14, 2014

**JULIE A. RICHARDS, CLERK**
/s/ Susan K. Edwards
(By) Susan K. Edwards, Deputy Clerk